ROBERT SNODGRASS *v.* CHARLES KIRTLY ET AL

**Pleading—Petition—Written Instruments.**

    To constitute a cause of action, it is necessary in a petition to allege that a letter of introduction, saying the party was a "clever gentleman," was written with a fraudulent intent, and that it was held as guaranty for the debt contracted thereunder.

**Same—Notice.**

    For the writer of such a letter to be bound, it is necessary that he be notified that he would be held for any loss occasioned thereby.

APPEAL FROM ROCKCASTLE CIRCUIT COURT.

June 9, 1868.

OPINION OF THE COURT BY JUDGE PETERS:

There is no allegation in the petition that the letter addressed by Kirtly and Owens to appellant introducing Lewis to him as a *"clever gentleman"* was written with any fraudulent intent on their part, or that they knew Lewis to be of a character different from that which they represented.

Nor is it alleged that appellant held their letter as a guaranty for the debt contracted by Lewis with him, and had notified them of the fact. The petition was therefore insufficient to show a cause of action against appellees in either aspect. Wherefore the demurrer was properly sustained, and the judgment is *affirmed*.

*Carter*, for appellant.